FLETCHER HUMPHREY, DEFENDANT IN ERROR, v. CHARLES W. EAKELEY, PLAINTIFF IN ERROR.

Submitted July 9, 1906—Decided January 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Alexander Grant* and *James B. McKee.*

For the defendant in error, *Theodore Backes.*

PER CURIAM.

The judgment brought here by this writ of error is affirmed, for the reasons stated in the opinion of Mr. Justice Garrison in the Supreme Court, reported in 43 *Vroom* 425.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, GARRETSON, HENDRICKSON, PITNEY, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.